## Jiffy Steak Company, Appellant, *v.* Richards.

Argued October 2, 1963. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Edward I. Roth,* with him *Harold L. Roth,* for appellant.

*Anthony C. Troiano,* with him *Pugliese & Troiano,* for appellee.

OPINION PER CURIAM, November 12, 1963:
Order affirmed.